JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS URIAS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant(s). | Case No. CV 22-1680-KK-PVCx <br><br> JUDGMENT |

Pursuant to the Findings of Fact and Conclusion of Law, IT IS HEREBY ADJUDGED that judgment is entered in favor of Plaintiff Carlos Urias, in the amount of $90,022.01.

IT IS FURTHER ORDERED that the Clerk of Court shall close this action. (JS-6)

Dated: May 13, 2024

_____
HONORABLE KENLY KIYA KATO
United States District Judge